FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2013 JAN -9 PM 1: 35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 2:13-cr- 1-FtM-29SPC
8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

HEBER FERNANDEZ-SANCHEZ
a/k/a Heber Sanchez

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 8, 2012, in Collier County, in the Middle District of Florida, the defendant herein,

HEBER FERNANDEZ-SANCHEZ
a/k/a Heber Sanchez,

an alien of the United States who was convicted of a felony offense, to wit: theft by receiving, less than $2,500 but more than $500, in the Circuit Court of Grant County, Arkansas, in the Seventh Judicial District, on or about May 14, 2009, and subsequently deported on or about July 14, 2011, and February 21, 2012, knowingly and unlawfully entered and was found in the United States in Collier County, Florida without first having obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 203(3), (4) and 557), to reapply for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL,

_1/9/13_
Date

_[signature]_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _[signature]_
Yolande G. Viacava
Assistant United States Attorney

By: _[signature]_
Nicole H. Waid
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

HEBER FERNANDEZ-SANCHEZ
a/k/a Heber Sanchez

## INDICTMENT

Violations:

8 U.S.C. § 1326(a), and (b)(1)

A true bill,

_____
Foreperson

Filed in open court this 9th day

of January, A.D. 2013.

_____
Clerk

Bail $_____

L:\_Criminal Cases\F\Fernandez-Sanchez, Heber_2012R02548_YGV\_Indictment back.wpd