UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:13-cr-1-FtM-29CM

HEBER FERNANDEZ-SANCHEZ
a/k/a Heber Sanchez

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against HEBER FERNANDEZ-SANCHEZ, a/k/a Heber Sanchez in the above styled case, and it is to be set for an Initial Hearing and Arraignment as to said defendant at FORT MYERS, Florida, as soon as possible.

2. The defendant is now confined in Franklin Correctional Facility, 1760 County Highway 67, Carrabelle, Florida 32322.

3. It is necessary to have said defendant before this Court for his initial and arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court forthwith at the place above

specified for his initial and arraignment, and upon completion of all proceedings in this case to return the said defendant to the custody of Franklin C.I., and also directing the said Warden of Franklin C.I., to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By   s/ Yolande G. Viacava
YOLANDE G. VIACAVA
Assistant United States Attorney
Florida Bar No. 0110310
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Yolande.viacava@usdoj.gov