EXHIBIT "A"

MEDICAL RECORDS
FROM GLADES COUNTY DETENTION CENTER

See attached.

FERNANDEZ-SANCHEZ, HEBER, ▓▓▓▓1983, #GCSO15MNI001406
04-24-2015 Encounter as of 08-24-2015 Mon 11:41:24 AM

INITIAL MENTAL HEALTH EVALUATION:

Patient Name:    HEBER FERNANDEZ-SANCHEZ
No:              GCSO15MNI001406
DOB:             ▓▓▓▓1983
Sex:             Male
Location:        1*DORM 2*B*028  1*DORM 2*B*028

Date / Time:        04-24-2015 Fri / 16:47
Reason for Referral: Intake Screening
Charges:            reentry-FED

CHIEF COMPLAINT:
ASSESSMENT OF THE PRESENT ILLNESS: Pt. reports having a difficult time, lots of bad things have happened in life, admitted on meds, crying a lot, 32 year old SHM from Naples Flroida. His is from Mexico. He is very depressed and not coping, reports he has no parents, was left in garbage when little and was found by people one of whom is in prision and the other died.Reports was raped in Mexico when little and attacked in Naples jail recetnly.

   Current Psychotropics: Taking something now for the past 20 days

   Past Psychotropics: none
   Pre-Incarceration Medications: none
Alcohol:           YES
   Amount:    I used to drink but quit 2009, but did not really like

Drugs:             YES
   Type:    Marijuana when a teenager


PAST MEDICAL HX:

   Illnesses:    reports tattacked by officer in Naples jail sexually and states his head was pounded against wall, he did report it and PREA was started
   Hospitalization: none
   Surgeries:      none
   Head Injuries:  a few times when beaten
   Allergies
      NKDA
   Current Non-Psychotropic Medications:
      HYDROXYZINE HCL 50 MG
      IBUPROFEN 600 MG
PAST PSYCHIATRIC HX:

   Hospitalizations:         No
   Outpatient Treatment:     in prison, zephyrills
   Suicide Attempts:         No
   Hx of Arrests - Juvenile/Adult: YES - illegal entry, and assault
   Hx of Sexual Abuse:       YES
   Hx of Predatory Behavior: No
   Hx of Physical Abuse:     YES
   Hx of Violent Behavior:   No


SOCIAL HISTORY:

   Education:              9th grade, not good in school
   Hx of Developmental/Education Disabilities: YES
   Marital Status:         Single, has two kids in Conneticut, no contact with
   Armed Forces:           No
   Occupation:    landscaping

FAMILY HISTORY:

   Family Psych Hx:    not known for biological
   Family Hx of Suicide:   unknown
   Family Alcohol/Drug Abuse: unknown

MENTAL STATUS EXAMINATION:

   General:        Alert.
   Behavior:       Appropriate
   Orientation:    Person, Place, Time, and Situation
   Eye Contact:    Fair
   Appearance:

FERNANDEZ-SANCHEZ, HEBER, ████ 1983, #GCSO15MNI001406
04-24-2015 Encounter as of 08-24-2015 Mon 11:41:24 AM

Neat
   Psychomotor Activity:   Decreased
   Memory
      Immediate: Poor
      Recent:   Poor
      Remote:   Poor

   Concentration:   Poor
   Ability to Think Abstractly:  Poor -
   Hallucinations:   Denies
   Delusions:   Absent
   Speech:   Coherent, and Soft
   Mood:   Depressed
   Affect:   Appropriate, tearful
   Sleep:   Decreased, crazy dreams
   Appetite:   WNL , sometimes wont eat
   Hopelessness:   sometimes
   Suicide:   Ideation - No Intention - No Plan - No
   Homicide:   Ideation - No Intention - No Plan - No
   Insight:   Poor
   Judgment:   Poor

DIAGNOSIS:

Axis I 309.24 ADJUSTMENT DISORDER WITH ANXIETY by history,
311 DEPRESSION

Axis II deferred
Axis III: none

Axis III:

PLAN:

   APPT:   Appointment electronically created for patient to see psychiatrist as soon as possible.

   Patient Education: Dealing with stress

DISPOSITION:

   Housing:   General Population Segregated: No

   Eligibility: Program Participation, and Job Placement

   Comments:   None at this time

Electronically Approved by Patrica Adams, LCSW, CCHP on 04-24-2015 04:59:23 PM.

FERNANDEZ-SANCHEZ, HEBER, ▓▓▓▓1983, #GCSO15MNI001406
07-28-2015 Encounter as of 08-24-2015 Mon 11:44:47 AM

Pt. states "I was feeling better but I am still getting anxious when the officers are around. I begin shaking and worrying that something is going to happen to me." Reports abuse by officers while in prison and states that he has a civil case regarding this. Reports post trauma symptoms of hypervigilence, anxiety andf hyper startle reflexes.
PROGRESS NOTE OUTPATIENT MENTAL HEALTH :

Date / Time:  07-28-2015 Tue / 12:01

S: Reason for Encounter/Patient Statement:  Suggested by LCSW

Appearance:
Groomed.

Orientation: Person. Place. Situation.
   Eye Contact:     Appropriate
   Behavior:        Withdrawn. .
   Attitude:        Cooperative.
   Mood:            Anxious..Dysphoric..
   Affect:          Congruent.
   Speech:          Coherent. Goal-Directed. Soft.
   Thought Content:   Unremarkable.

   Suicidal:     NO thoughts, intent or plan.

   Homicidal:    NO homicidal thoughts, intent or plan.
   Perceptions:
No distortions.
   Thought Processes: Logical.
   Recent Memory:     Intact
   Remote Memory:     Intact

   Vegetative Functions
      Sleep:     Within Normal Limits

      Appetite:  Good

LAB RESULTS/ORDERS:n/a

RESPONSE TO TREATMENT:

   Fair

SIDE EFFECTS:
   None noticed/reported,
Last A.I.M.S. evaluation


n/a,

A: DIAGNOSTIC IMPRESSION:


311 DEPRESSION
309.81 POSTTRAUMATIC STRESS DISORDER


TARGET SYMPTOMS:
   Anxiety,
   Depression,
   Rumination,
   hypervigilence, and hyperstartle reflex.,

PLAN:
   RX:
   Continue medication(s) as prescribed. add atarax for increased anxiety

E: PATIENT EDUCATION:
   Treatment Plan
   Alternatives
   Risks/Benefits
   Therapeutic/Side Effects
   Understood
   Agreed

Electronically Approved by  Mary Guinan, ARNP on 07-28-2015 12:04:08 PM.

FERNANDEZ-SANCHEZ, HEBER, █████-1983, #GCSO15MNI001406
08-07-2015 Encounter as of 08-24-2015 Mon 11:45:04 AM

Nurse sick call

Patient Name:    HEBER FERNANDEZ-SANCHEZ
Date of Birth:   ████1983
MNI Number:      GCSO15MNI001406
Location:        1*DORM 1*A*024  1*DORM 1*A*024
Sex:             Male

SUBJECTIVE: Pt c/o body aches and cold symptoms

OBJECTIVE:
Vital Signs: VITAL SIGNS: (5)  Weight: 194 lbs, Blood Pressure: 127 / 76, Temperature: 97.7 °F, Pulse: 68, Respiration: 18 Alert orient x 3. Oral mucosa dry and red. Bilateral glands swollen and tenderness noted. Facial grimaces noted when swallowing

ASSESSMENT: Alt in comfort

PLAN/EDUCATION: Spoke with Dr. Noel new orders received.AMOXICILLIN/POTASSIUM CLAV, 875-125 MG #28, Sig: Take 1 Tablet by mouth 2 times per day for 14 days
IBUPROFEN, 600 MG #28, Sig: Take 1 Tablet by mouth 2 times per day for 14 days as needed. Increase fluid intake. RTC, prn.

Electronically Approved by Marion Drayton, LPN on 08-07-2015 03:44:40 PM.