UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:13-cr-1-FtM-29CM

HEBER FERNANDEZ-SANCHEZ

| JUDGE: | John E. Steele | COUNSEL FOR GOVERNMENT | YOLANDE G. VIACAVA |
|---|---|---|---|
| DEPUTY CLERK: | Brenda Alexander | COUNSEL FOR DEFENDANT: | GEORGE ELLIS SUMMERS, JR. |
| COURT REPORTER | Jeff Thomas | PRETRIAL/PROBATION | Kelly Primrose |
| DATE/TIME | September 14, 2015 10:00-10:25 AM | Interpreter | Leon Fontova/Spanish |

MINUTES ON SENTENCING

**Interpreter placed under oath.**

**SENTENCE IMPOSED as to Count One of the Indictment.**

**IMPRISONMENT**:
**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 Months, to be served consecutively with the term of imprisonment in Collier County Circuit Court, Case Number 12-CF-51572.**
**]**
   **The defendant is remanded to the custody of the United States Marshal.**

**SUPERVISED RELEASE**:

**Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 Years.**

   *Special conditions of supervised release:*

   **Mandatory drug testing requirements are waived.**

   **Defendant shall cooperate in the collection of DNA.**

   **Defendant subject to deportation.**

**SPECIAL ASSESSMENT of $100.00 is due immediately.**

**Defendant advised of right to appeal.**